FILED
CLERK, U.S. DISTRICT COURT

JUL 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority      ✓
Send          ✓
Enter
Closed
JS-5/JS-6     ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| JOSE GUADALUPE PENA, | ) | NO. ED CV 08-991-FMC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROBERT ADAMS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  _July 25_____, 2008.


_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE